## Charles A. Coey and Carrie H. Coey, Appellants, v. R. H. Cary, Appellee.

Gen. No. 40,653.

opinion filed December 13, 1939; rehearing denied December 27, 1939. Chancellor & Chancellor, for appellants; Justus Chancellor, of counsel; Ross D. Netherton, for appellee. Opinion by JUSTICE BURKE. ''Not to be published in full.''